# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JODY CARR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGGINS, Sgt., *et. al.*,<br><br>　　　　Defendants. | Case No. 1:13-cv-00380-BLW<br><br>NOTICE |

The undersigned Judge received a letter from Plaintiff Jody Carr regarding this matter (Dkt. 127). All parties have consented to Magistrate Judge Bush conducting all proceedings in this case pursuant to 28 U.S.C. 636(c). "The court may, for good cause shown on its own motion, or under extraordinary circumstances shown by any party, vacate a reference of a civil matter to a magistrate judge under [28 U.S.C. § 636(c)(4)]. However, no such showing has been made, and the undersigned Judge will not vacate the reference. Therefore, Plaintiff is cautioned that he should refrain from filing letters, motions, etc. directed at the undersigned Judge in this case.

DATED: June 22, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge

NOTICE- 1